UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 FEB 22 PM 3:18

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR204-00025-001 |
| VS. | |
| TONY RAY HICKS | |

### ORDER

Upon consideration of the Defendant's Motion for Termination of Probation in the above-stated case, Defendant's Motion is hereby granted and the remaining period of the Defendant's "Probation" is hereby terminated.

SO ORDERED this ___ day of February 2008.

_____
JUDGE, United States District Court
Southern District of Georgia